# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL 7 PENSION FUND, IBEW LOCAL 7 ANNUITY FUND, IBEW LOCAL 7 APPRENTICESHIP & TRAINING FUND, IBEW LOCAL 7 LABOR MANAGEMENT COOPERATION FUND, and IBEW LOCAL 7 SUPPLEMENTAL HEALTH AND WELFARE FUND; TRUSTEES OF THE NEW ENGLAND ELECTRICAL WORKERS BENEFIT FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; and IBEW LOCAL 7.<br><br>*Plaintiffs*,<br><br>v.<br><br>COGHLIN ELECTRICAL CONTRACTORS, INC.<br><br>*Defendant*. | Civil Action No. 3:20-cv-11672 |

## JOINT STATEMENT

Pursuant to Local Rule 16.1 and this Court's Scheduling Order, the Parties respectfully submit this Joint Statement.

This case regards employee benefit contributions owed to ERISA benefit funds and IBEW Local 7 (collectively "the Plaintiffs"), for work performed pursuant to collective bargaining agreements between Coghlin Electrical Contractors, Inc. ("Coghlin") and IBEW Local 7. The Plaintiffs have recovered amounts from third parties that have reduced the amounts owed by Coghlin. Accordingly, the Parties are currently in settlement discussions regarding the remaining amounts allegedly owed by Coghlin.

## PROPOSED PRE-TRIAL SCHEDULE

The Parties have agreed to the following proposed schedule, in the event that resolution is not achieved through settlement:

| | |
|---|---|
| May 15, 2021 | Initial Requests for Production and Interrogatories Submitted |
| July 15, 2021 | Any depositions noticed |
| September 15, 2021 | End of Discovery |
| November 15, 2021 | Deadline for the filing of Summary Judgment Motions |

Respectfully submitted,

| **COGHLIN ELECTRICAL CONTRACTORS, INC.** | **PLAINTIFFS** |
|---|---|
| By its attorney, | By their attorney, |
| /s/ Elise M. Kuehn<br>John J. McNamara<br>BBO No. 557882<br>Elise M. Kuehn<br>BBO No. 688829 LANE McNAMARA LLP 257 Turnpike Road, Suite 240 Southborough, MA 01772<br>(508) 905-1010<br>jmcnamara@lanemcnamara.com<br>ekuehn@lanemcnamara.com | ___/s/ Colby J. Jackson_____<br>Thomas R. Landry (BBO #625004)<br>Colby J. Jackson (BBO #696825)<br>KRAKOW, SOURIS, and LANDRY LLC<br>225 Friend Street, Suite 503<br>Boston, MA 02114<br>tlandry@krakowsouris.com<br>cjackson@krakowsouris.com<br>P: 617-723-8440<br>F: 617-723-8443 |
| Dated: March 24, 2021 | Dated: March 24, 2021 |

# LOCAL RULE 16.4 CERTIFICATION

I certify that I have conferred with counsel regarding establishing a budget for the costs of conducting this litigation and various alternative courses, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_/s/ Daniel D'Alma_____
*Business Manager*, IBEW Local 7

_March 24, 2021_____
Date

I certify that I have conferred with my client regarding establishing a budget for the costs of conducting this litigation and various alternative courses, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_/s/ Colby J. Jackson_____
Counsel for Plaintiffs

_March 24, 2021_____
Date

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 24th day of March, 2021.