# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW 7 PENSION FUND, ET AL<br>**Plaintiff**<br><br>V.<br><br>COGHLIN ELECTRICAL CONTRACTORS, INC.<br>**Defendant** | CIVIL ACTION<br>NO. 3:20-cv-11672 |

## AGREEMENT FOR JUDGMENT FOR THE PLAINTIFF

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the following entries be made:

"Judgment for the Plaintiff in the sum of $129,792.52

☐ ✔ (with/without) interest, and ☐ ✔ (with/without) costs"

Dated this 11th day of November 2021.

Colby J. Jackson (BBO #696825)

/s/ Colby J. Jackson

**Attorney (s) for the Plaintiff**

Elise M. Kuehn (BBO No. 688829)

/s/ Elise M. Kuehn

**Attorney (s) for the Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 11th day of November, 2021.

/s/ Colby J. Jackson