# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW 7 PENSION FUND, ET AL, )<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>COGHLIN ELECTRICAL CONTRACTORS, INC., )<br>    Defendant, ) | CIVIL ACTION NO. 3:20-11672-MGM |

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, U.S.D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the Plaintiff Trustees of IBEW 7 Pension Fund, et. al., pursuant to their agreement entered 11/08/2021, ordering judgment for Plaintiff.

                                            **ROBERT M. FARRELL**,
                                            CLERK OF COURT

Dated January 13, 2022           By /s/ *Michael Zamorski*
nunc pro tunc to 11/08/2021                 Michael Zamorski
                                              Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                                             [jgm.]